# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Terry Lee Lockey, Jr. d/b/a Digital Solutions | ) ASBCA No. 61286 |
| | ) |
| Under Contract No. FA4830-11-0011 | ) |

APPEARANCE FOR THE APPELLANT:       David A. Rose, Esq.
                                    Rose Consulting LLC
                                    Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                    Air Force Deputy Chief Trial Attorney
                                    Christopher M. Judge, Esq.
                                    Heather M. Mandelkehr, Esq.
                                    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61286, Appeal of Terry Lee Lokey, Jr. d/b/a Digital Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals